FILED

12/15/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0583

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 20-0583

BRANDON JAMES KILLAM,

Petitioner,

v.

JIM SALMONSEN, Acting Warden,
MONTANA STATE PRISON

Respondent.

FILED

DEC 15 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Representing himself, Brandon James Killam has filed a Petition for a Writ of Habeas Corpus with this Court, explaining that he may be due 489 days of credit for time served, pursuant to § 46-18-403(1), MCA, from the Cascade County District Court (Cause No. CDC-19-331). Upon review of his Petition, we deem it appropriate to require a response. Therefore,

IT IS ORDERED that the Attorney General or counsel for the Department of Correction is GRANTED thirty days from the date of this Order in which to prepare, file, and serve a written response to the petition for writ of habeas corpus together with any appropriate documentary exhibits.

The Clerk of the Supreme Court is directed to provide a copy of this Order to the Attorney General; to counsel for the Department of Corrections; and to Petitioner at his last-filed address.

DATED this 15th day of December, 2020.

_____
Justice